UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LESLIE BUTLER for M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:06CV444MLM |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of the Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the court's Memorandum Opinion entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment is entered for Defendant Jo Anne B. Barnhart, the Commissioner of Social Security, and against Plaintiff and that Plaintiff's Complaint is **DISMISSED**, with prejudice. Doc. 3.

/s/Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this 28th day of December, 2006.